THE NATIONAL CONTRACTING COMPANY, Respondent, *v.* HUDSON RIVER WATER POWER COMPANY, Appellant.

(Argued February 26, 1906; decided March 6, 1906.)

MOTION to amend remittitur.    (See 170 N. Y. 439.)

Motion granted so far as to give the plaintiff the right to apply at Special Term for the withdrawal of the demurrer to the third defense set up in the answer upon such terms and conditions as the Supreme Court may impose.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISIDORE GREENBERG, Appellant, *v.* THE WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK et al., Respondents.

*People ex rel. Greenberg* v. *Warden, etc., City Prison,* 83 App. Div. 456, appeal dismissed.
(Submitted February 26, 1906; decided March 6, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1903, which affirmed an order of Special Term dismissing writs of habeas corpus and certiorari in behalf of relator.

The motion was made upon the ground that no steps had been taken by the appellant to prosecute and bring on for argument the appeal since the service of the notice thereof.

*William Travers Jerome, District Attorney (Robert S. Johnston* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.